07-CV-00697-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAH, | ) | Case No. C07-697-MJP |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| PALMER ROBINSON, | ) | |
| Respondent. | ) | |

The Court, after careful consideration of petitioner's amended petition for writ of *quo warranto* pursuant to 28 U.S.C. § 2241, the supporting materials, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of *quo warranto* (Dkt. No. 4) is DENIED and this case DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 31 day of July, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL