UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>Petitioner,<br><br>v.<br><br>PALMER ROBINSON,<br><br>Respondent. | CASE NO. C07-697 MJP<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

The Court issues this Order in response to the Ninth Circuit's Order seeking a determination on whether a certificate of appealability (COA) should issue. (Dkt. No. 14.) The Court DENIES issuance of a COA.

A COA may be issued only where a petitioner has made "a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(3). A prisoner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). Here,

1  Petitioner has not made a substantial showing of the denial of a constitutional right. He has not
2  shown that a jurist of reason could disagree with the Court's resolution of his claims or that
3  jurists might believe the issues presented deserve further judicial attention.
4      The clerk is ordered to provide copies of this order to Petitioner and all counsel.
5  Dated June 4, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY - 2